UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KELLY HEDRICK, individually, and on behalf of those similarly situated §
§
§
§
Plaintiff, §
VS. § CIVIL ACTION NO. 4:25-cv-00712
24HRDOC, LLC §
§
§
Defendant. §

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __7__ Days        Jury: __✓__  Non-Jury:_____

1. (a) NEW PARTIES shall be joined by:          September 26, 2025
       The Attorney causing the addition of new parties will
       provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or
       Counter-Plaintiff shall be filed by:
   October 31, 2025

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                      January 31, 2026

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                      February 27, 2026

4. DISCOVERY must be completed by:              February 27, 2026
   Written discovery requests are not timely if they are filed   (Due at least two weeks before
   so close to this deadline that the recipient would not be     motions deadline)
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS       March 27, 2026
   (except motions *in limine*) will be filed by:
                                                 (Due 90 days prior to Trial)

6.    JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*     _____
       (The Court will fill in this date)     (Due the Monday before trial)

7.    TRIAL will begin at 9:00 a.m.     _____
       (The Court sets a firm trial date)     (15 Months from the date case filed)

_____     _____
Date                                                     Keith P. Ellison
                                                           United States District Judge

*June 5, 2025*                                                     *[signature]*
Date                                                            Counsel for Plaintiff(s)

June 5, 2025                                                *Keith Ellison [signature]*
Date                                                            Counsel for Defendant(s)