UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Kelly Hedrick

v.   Case Number: 4:25−cv−00712

24HRDOC LLC

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/27/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Trial

Date:   July 2, 2025

Nathan Ochsner, Clerk