United States District Court
Southern District of Texas
**ENTERED**
September 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KELLY HEDRICK,** ***individually and on behalf of those similarly situated,*** | § | |
| ***Plaintiff,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-cv-00712** |
| **24HRDOC, LLC,** | § | |
| ***Defendant.*** | § | |

**CONDITIONAL ORDER OF DISMISSAL**

Parties notified the Court that they have settled the instant case. ECF No.54. The above captioned case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 2nd of September, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE